402

MID-CONTINENT CONSTRUCTION COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 28, 1930.*

BUSBY, WEBER, MILLER & DONOVAN, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This cause coming on to be heard upon motion of claimant filed on May 23rd, 1930, to dismiss the above entitled cause without prejudice and the court being fully advised in the premises and it appearing there is no reason why said cause should not be dismissed it is therefore considered by the court that said cause be and the same is hereby dismissed without prejudice upon the motion of the claimant.